# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cv-00307-FDW

| | |
|---|---|
| **CHRISTOPHER GENE CRAWFORD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **BURKE COUNTY DISTRICT** ) | |
| **ATTORNEY'S OFFICE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion Requesting to Waive Filing Fee." [Doc. 6].

On October 25, 2019, Plaintiff filed a Complaint under 42 U.S.C. § 1983. [Doc. 1]. On November 11, 2019, the Court sent an Order to the North Carolina Department of Public Service (NCDPS), ordering Plaintiff's correctional facility to provide a certified copy of the Plaintiff's trust account statement. [Doc. 4]. On January 27, 2020, Plaintiff filed the instant motion in which Plaintiff asks the Court to waive the filing fee for his Complaint. [Doc. 6]. Plaintiff notes that he "has requested copies of the Trust fund account on multiple [occasions]," but states no other grounds for waiving the filing fee. [Id.].

The next day, on January 28, the NCDPS filed Plaintiff's trust fund account statement with the Court. [Doc. 7]. The Clerk thereafter entered an Order waiving payment of an initial partial filing fee and directing the correctional facility to deduct monthly payments from Plaintiff's trust account in accordance with that Order. [Doc. 8]. Plaintiff's motion is, therefore, moot and will be denied.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion Requesting to Waive Filing Fee" [Doc. 6] is **DENIED** as moot.

Signed: February 3, 2020

Frank D. Whitney
Chief United States District Judge